No. 65657.—Catholic Mfg. Co., Inc. v. United States, protests 59/24594 and 59/15260 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of the *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 22, 1961

No 65658.—The Electro Motive Manufacturing Co. v. United States, protest 60/9918 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ceramic bases similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.

No. 65659.—Perry Bayliss (USA), Inc. v. United States, protest 60/9556 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.